IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-00931

**IDA FREGIA**,

    Plaintiff,

v.

**WALMART INC. A/K/A WALMART STORES INC.**

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

TO:    PLAINTIFF AND HER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant, Walmart Inc. a/k/a Walmart Stores Inc. ("Walmart"), by and through its counsel, Ashley R. Larson and Rachel T. Jennings, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and D.C.Colo.LCivR 81.1, hereby submit this Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.    On or about March 25, 2022, Plaintiff, Ida Fregia ("Ida Fregia") filed her Complaint and Jury Demand in Adams County District Court, Colorado, Case No. 2022CV30345. The Complaint seeks recovery of damages as to Walmart based on allegations of premises liability and common law negligence. *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

2.    Any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. §

1441(a).  The district courts of the United States have original jurisdiction of all actions between the citizens of different states when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states.  Ida Fregia is a citizen of the State of Colorado. *See* **Exhibit A** at ¶ 1.  According to Thompson Reuters PeopleMap Reports dated April 1, 2022, Plaintiff has an address of 8181 Ivanhoe Street, Commerce City, CO  80022, registered vehicles in Colorado, and is registered to vote in Colorado[1].  Defendant Walmart Inc. is a Delaware corporation with its principal place of business in Arkansas.  *See* Documents on File with Colorado Secretary of State, **Exhibit B;** *see also* **Exhibit A** at ¶ 2.  Plaintiff voluntarily dismissed Defendant Walmart Real Estate Business Trust on April 14, 2022. *See e.g.*, **Exhibit A; Exhibit H**.

4. The amount in controversy exceeds $75,000. Upon information and belief, Plaintiff will allege $163,617.04 in past medical expenses related to injuries she alleges were caused by the incident. *See also* **Exhibit C**, Plaintiff's District Court Civil Cover Sheet (showing she seeks more than $100,000 in damages); *Paros Properties LLC v. Colorado Cas. Ins. Co*., 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the [Civil Case] cover sheet.").

5. Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b).  Walmart has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of Removal.

---

[1] Full reports in possession of undersigned.

Walmart was served with Plaintiff's Complaint and Jury Demand in this matter on March 28, 2022. *See* **Exhibit D**. Thus, Walmart's Notice of Removal is due April 27, 2022.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. A copy of all process, pleadings, and orders that were served by the parties are attached and captioned as follows:

**Exhibit A**   Complaint and Jury Demand;

**Exhibit C**   District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit D**   Return of Service;

**Exhibit E**   Summons to Walmart;

**Exhibit H**   Stipulation for Partial Dismissal

No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of Adams.

9. A copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Adams in Civil Action No. 2022CV30345. *See* **Exhibit F**. Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiff's counsel.

10. The state court register of actions is attached as **Exhibit G**.

WHEREFORE, Defendant, Walmart Inc. a/k/a Walmart Stores Inc. respectfully requests that this case be removed from the District Court for the County of Adams, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the

continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 18th day of April 2022.

> */s/   Ashley R. Larson*
> Ashley R. Larson
> Rachel T. Jennings
> Sutton | Booker P.C.
> 4949 S. Syracuse, Suite 500
> Denver, Colorado 80237
> Telephone:  303-730-6204
> Facsimile:   303-730-6208
> E-Mail:  alarson@suttonbooker.com
> ***Attorneys for Defendant, Walmart Inc. a/k/a Walmart Stores Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April 2022, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Eric Faddis
Lauren Varner
Heather E. Hackett
Varner Faddis Elite Legal, LLC
6025 S. Quebec Street, Suite 100
Centennial, Colorado 80111
*Attorneys for Plaintiff*

> */s/   Krystle L. Young*
> *A duly signed original is on file at Sutton | Booker | P.C.*