IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-00931-STV

**IDA FREGIA**,

    Plaintiff,

v.

**WALMART INC. A/K/A WALMART STORES INC. AND WAL-MART REAL ESTATE BUSINESS TRUST**,

    Defendants.

## STIPULATED MOTION FOR PARTIAL DISMISSAL OF WAL-MART REAL ESTATE BUSINESS TRUST

COME NOW THE PARTIES, by and through their respective counsel, and hereby stipulate and agree:

1. Defendant Wal-Mart Real Estate Business Trust is DISMISSED with prejudice from this action, leaving Walmart Inc. a/k/a Walmart Stores, Inc. as the sole defendant.

2. Each party bears its own fees and costs.

NOW THEREFORE the Parties request the Court enter an order adopting the foregoing stipulation as an Order of the Court.

Respectfully submitted this 25th day of April, 2022.

VARNER FADDIS ELITE LEGAL, LLC    SUTTON | BOOKER | P.C.

*/s/ Eric Faddis*                            */s/ Ashley R. Larson*
Eric Faddis                                       Ashley R. Larson
Lauren Varner                                Rachel T. Jennings
Heather E. Hackett

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April 2022, I electronically filed a true and correct copy of the above and foregoing Stipulation for Partial Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Eric Faddis
Lauren Varner
Heather E. Hackett
Varner Faddis Elite Legal, LLC
6025 S. Quebec Street, Suite 100
Centennial, Colorado 80111
*Attorneys for Plaintiff*

*/s/   Krystle L. Young*
*A duly signed original is on file at*
*Sutton | Booker | P.C.*